IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOSCOV'S DEPARTMENT STORE, INC., <br> Plaintiff, <br> <br> v. <br> <br> AMERICAN GUARANTEE AND LIABILITY <br> INSURANCE COMPANY, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 5:20-cv-03672-JMG |

**ORDER**

**AND NOW**, this 29th day of June, 2021, upon consideration of Plaintiff's Requests for Judicial Notice (ECF Nos. 20 and 24), Defendant's Motion to Strike (ECF No. 26), Plaintiff's response thereto (ECF No. 29), Defendant's Motion for Judgment on the Pleadings (ECF No. 14), Plaintiff's response thereto (ECF No. 19), Defendant's reply briefing (ECF No. 21), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Plaintiff's Requests for Judicial Notice (ECF Nos. 20 and 24) are **GRANTED.**

2. Defendant's Motion to Strike (ECF No. 26) is **DENIED.**

3. Defendant's Motion for Judgment on the Pleadings (ECF No. 14) is **GRANTED.**

4. Plaintiff's Complaint (ECF No. 1) is **DISMISSED.**

5. The Clerk of Court is directed to mark this action as **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge